**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

CHAMBERS OF
WILLIAM M. NICKERSON
SENIOR UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-7810
FAX 962-2577

January 13, 2009

All Counsel

Re:   USA v. Hernandez
      Criminal No. WMN-09-0249

Dear Counsel:

I have reviewed Mr. Raman's letter of January 11 and Ms. Newberger's response of January 12 regarding the DVD exhibits submitted with Ms. Newberger's sentencing memorandum.

I have concluded that I will not watch the DVD presentations. I agree with Mr. Raman's argument that they present a one sided presentation which would be difficult to challenge or rebut. Further, taking the time to watch these presentations is, in my opinion, an unnecessary imposition on the court's time, given the ability of counsel to present the substance of the information in writing, which, it appears, counsel has also done in her sentencing memorandum.

Very truly yours,

William M. Nickerson
Senior U. S. District Judge

cc:   Court File